IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PHYLLIS MANGUM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:20-CV-00540-MAB |
| | ) |
| UNITED STATES STEEL CORPORATION, | ) |
| | ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal, filed on September 26, 2022 (Doc. 59), this cause of action is voluntarily DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear their own costs.

DATED: October 3, 2022

                                            **MONICA A. STUMP,**
                                            **Clerk of Court**

                                            BY:  /s/ *Jennifer Jones*
                                                          **Deputy Clerk**

APPROVED:  /s/ Mark A. Beatty
                  **MARK A. BEATTY**
                  **United States Magistrate Judge**